| Case No: | 18-17584 AIH Judge: ARTHUR HARRIS | Trustee Name: | ALAN J. TREINISH, TRUSTEE |
|---|---|---|---|
| Case Name: | MCCULLY SR., DWAYNE C. | Date Filed (f) or Converted (c): | 12/27/18 (f) |
| | | 341(a) Meeting Date: | 02/05/19 |
| For Period Ending: 02/06/19 | | Claims Bar Date: | APPLIED FOR |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TIMESHARE, PURCHASED IN NOVEMBER 2018 FOR LESS TH  Timeshare, Purchased in November 2018 for less than $200 down Debtor regrets decision and is surrendering, Timeshare with Travel Resorts of America DEBTOR IS SURRENDERING | Unknown | 0.00 | | 0.00 | FA |
| 2. (2011 INFINITI G37 COUPE GOOD CONDITION OVER 102,0  (2011 Infiniti G37 Coupe Good condition Over 102,000 miles) | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. (2004 JEEP CHEROKEE 165,000 MILES POOR CONDITION)  (2004 Jeep Cherokee 165,000 miles Poor condition) | 1,250.00 | 0.00 | | 0.00 | FA |
| 4. REFRIGERATOR, STOVE, WASHER/DRYER, TV  Refrigerator, stove, washer/dryer, tv | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. WARDROBE  Wardrobe | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY INCLUDING RING, EARRINGS AND WATCHES  Jewelry including ring, earrings and watches | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. CASH  Cash | 18.00 | 0.00 | | 0.00 | FA |
| 8. FIREFIGHTER'S C.U. SAVINGS ACCOUNT  Firefighter's C.U. Savings Account | 30.69 | 0.00 | | 0.00 | FA |
| 9. FLAGSTAR BANK CHECKING ACCT NEGATIVE BALANCE ON FI  Flagstar Bank Checking Acct Negative Balance on Filing Date | 0.00 | 0.00 | | 0.00 | FA |
| 10. PROSPECTIVE 2018 FEDERAL AND STATE TAXREFUNDS  Prospective 2018 Federal and State TaxRefunds | Unknown | 1.00 | | 0.00 | 1.00 |
| 11. MVA CLAIM DATE OF ACCIDENT: APRIL 26TH, 2018 INJUR  MVA Claim Date of Accident: April 26th, 2018 Injuries suffered: Rib contusion and back pain Treatment was chiropractic Law Firm retained is TDP Lawfirm, 7000 Fitzwater Rd., Suite 230 Brecksville 44141 | Unknown | 1.00 | | 0.00 | 1.00 |

Case No: 18-17584 AIH Judge: ARTHUR HARRIS  
Case Name: MCCULLY SR., DWAYNE C.

Trustee Name: ALAN J. TREINISH, TRUSTEE  
Date Filed (f) or Converted (c): 12/27/18 (f)  
341(a) Meeting Date: 02/05/19  
Claims Bar Date: APPLIED FOR

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $16,798.69   $2.00   $0.00   $2.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/06/20    Current Projected Date of Final Report (TFR): 02/06/20

/s/   ALAN J. TREINISH, TRUSTEE  
_____ Date: 02/06/19  
ALAN J. TREINISH, TRUSTEE