UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: )
) CASE NO. 18-17584
DWAYNE MCCULLY SR )
)
)
DEBTOR(S) ) JUDGE: ARTHUR HARRIS
)

**REQUEST FOR NOTICE TO CREDITORS**

To the clerk, United States Bankruptcy Court:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter. Please issue notice to creditors to file claims.

Date: FEBRUARY 6, 2019         /S/ ALAN J. TREINISH

                               ALAN J. TREINISH, Trustee